THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON PATRICK,<br><br>　　　　Defendant. | No. CR21-152-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEOCONFERENCE |

　　THE COURT has considered Defendant Jason Patrick's unopposed motion to proceed with guilty plea hearing by videoconference, along with all the records and files in this case and the General Orders currently in effect.

　　THE COURT FINDS that the circumstances are as set forth in the parties' motion, and that a video guilty plea hearing may take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice," W.D. Wash. Gen. Ord. 04-20 (3/30/20), *see also* W.D. Wash. Gen. Ord. 13-21 (9/23/21).

　　THE COURT ORDERS that the motion (Dkt. # 30) is GRANTED.  The parties may proceed with a plea hearing by videoconference, consistent with current procedures established by this Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

　　DATED this 29th day of October, 2021.

*Richard A. Jones*
　　　　　　　　　　　　　　　　　　　　　　
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA VIA VIDEOCONFERENCE
(*USA v. Jason Patrick;* CR21-152RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100