THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-152RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| JASON PATRICK, | |
| Defendant. | |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, along with the records and files in this case.

IT IS NOW ORDERED that the motion (Dkt. # 41) is GRANTED. Assistant Federal Public Defender Vanessa Pai-Thompson is permitted to withdraw as counsel in this matter, and that substitute CJA counsel shall be appointed to represent Jason Patrick.

DATED this 20th day of December 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AS COUNSEL AND FOR
APPOINTMENT OF NEW COUNSEL
(*United States v. Jason Patrick*, CR21-152RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100